Form A

**RECEIVED JAN 24 2022 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Odell Everett,
%MPCF #6507758

_____

_____

(Enter above the FULL name and
inmate number of the plaintiff or
plaintiffs in this action.)

vs.

Marcie Straud,
Warden, M.P.C.F.
And D.O.C.

_____

(Enter above the FULL name of
each defendant in this action.)

COMPLAINT

(NOTE: if there is more than ONE plaintiff, a separate sheet should be attached giving the information in part I and II below for EACH plaintiff by name.)

I. Previous lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes [ ]    No [ ✓ ]

B. If your answer to A is Yes, please answer the questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper using the same outline.)
   1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

1

2. Court (if Federal court, name the district; if State court, name the county)

_____

3. Docket Number _____
4. Name of judge to whom case was assigned. _____
5. Disposition, if known: (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. Place of present confinement __Mount Pleasant Correctional Facility__

   A. Is there a prisoner grievance procedure in this institution? Yes [✓]  No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes [ ]  No [✓]

   C. If your answer is YES,
      1. What steps did you take? _____

      _____

      _____

      _____

      2. What was the result? _____

      _____

      _____

   D. If your answer is NO, explain why not: __Did not know they were doing this outside of thier authority. Did go to county court for post conviction relief which court granted.__

   E. If there is no prison grievance procedure in the institution, did you complain to Prison authorities?
   Yes [ ]  No [ ]

   F. If your answer is YES,
      1. What steps did you take? __SEE ABOVE D.__

      _____

      _____

      _____

2. What was the result? BLACK HAWK COUNTY COURT GRANTED RELIEF AND RESENTENCED, HOWEVER I BELIEVE THE D.O.C./PRISON SHOULD NOT HAVE IMPOSED THEIR OWN MANDATORY MINIMUM.

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Odell Everett
   Address 1200 Washington St, Mount Pleasant, IA 52641

B. Additional plaintiffs _____

(In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant Odell Everett is employed as Unit maintenance worker at Mt. Pleasant Correctional Facility.

D. Additional defendants _____

IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343(c). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V. Statement of Claim
(State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

The D.O.C. turned the courts 5 year mandatory into 17½ years, without going through the proper channels.

4

VI. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WANT THE COURT TO APPOINT AND/OR ALLOW ATTORNEY CHRISTOPHER KRAGNES TO FACILITATE THIS PETITION IN ORDER TO GET LEGAL AND PROPER RELIEF FROM THE WRONG ACTIONS PUT UPON ME BY THE DEFENDANT(S) AND/OR COURT D.O.C.

VII. Statement Regarding Assistance in Preparing This Complaint

A. Did any person other than a named plaintiff in this action assist you in preparing this complaint?
Yes [     ]   No [ ✓ ]

B. If your answer is YES, name the person who assisted you.

_____

c. Signature of person who helped prepare complaint.

_____     _____
(Signature)                                  (Date)

VIII. Signature(s) of Plaintiff(s)

Signed this __13__ day of __January__, 20_22_.

_Everett_
(Signature)

Odoh Forth # 6307188
1300 Washington st.
Mount Pleasant IA 52641
M.P.C.F

United States District Court
Southern District of Iowa
123 E. Walnut st
Des moines Iowa 50309